IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:11cr7DCB-LRA

RICKY L. WEDGEWORTH

**ORDER**

This matter comes before the Court on the government's Motion for an Order Directing Defendant Ricky L. Wedgeworth's property recovered by law enforcement upon arrest , to wit: forty-four dollars and fifty-two cents be applied to the defendant's fine or court assessment fee in a manner consistent with the law requiring payment.  Having considered the motion, relevant statutes, and jurisprudence on this point, and there being no objection by the parties, this Court finds that the motion is granted.  Accordingly,

IT IS HEREBY ORDERED that the Defendant Ricky L. Wedgeworth's property in the amount of forty-four dollars and fifty-two cents be applied to the defendant's fine or court assessment fee in a manner consistent with the law requiring payment.

SO ORDERED this the 4th day of June, 2013.

    s/ David Bramlette
UNITED STATES DISTRICT JUDGE